IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30048
Summary Calendar
_____

CARL J. BRIGGS,

Plaintiff-Appellant,

versus

STATE OF LOUISIANA, Through DOC,
as Supervising Agency for Hunt
Correctional Center,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 94-CV-2575-B-1
- - - - - - - - - -
July 1, 1996
Before REAVLEY, SMITH and PARKER, Circuit Judges

PER CURIAM:[*]

Carl J. Briggs appeals from the district court's grant of

summary judgment, dismissing his claim filed pursuant to the

Americans with Disability Act, 29 U.S.C. §§ 12101-117.  Briggs

contends that the ability to restrain inmates is not an essential

function of a corrections officer and that appellee failed to

make a reasonable accommodation.  We have reviewed the record and

_____

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

find no reversible error.  Accordingly, we affirm for the reasons

stated by the magistrate judge.  <u>See Briggs v. State of

Louisiana</u>, No. 94-CV-2575-B-1 (M.D. La. Sept. 6, 1995).

AFFIRMED.